**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

RAYMOND CLAY HUDSON,        )
                                   )
            Plaintiff,     )
                                   )
         v.             )      No. 4:05-CV-774(CAS)
                                   )
DEPT. OF JUSTICE SERVICES,   )
et al.,                    )
                                   )
            Defendants.   )

### ORDER AND MEMORANDUM

This matter is before the Court <u>sua</u> <u>sponte</u>. On September 30, 2005, this Court issued its order granting plaintiff leave to proceed in forma pauperis, but directed plaintiff to supply more specific information concerning defendants Unknown Nurse Mary, Unknown Officer Coleman, "Case manager 4th floor Black man," "Lieutenant 4th floor Black woman," and Unknown Account Activity Officer within thirty days [Doc. #14]. Plaintiff was warned that his failure to comply with the Court's order within the time specified could result in the dismissal of his complaint.

More than thirty days have passed since the Court entered its order of September 30, 2005. To date, plaintiff has failed to comply with the Court's order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint as to defendants Unknown Nurse Mary, "Case manager 4th floor Black man," and "Lieutenant 4th floor Black woman," and Unknown Account Activity Officer because this action is being dismissed due to

plaintiff's failure to adequately identify these defendants and plaintiff's failure to comply with this Court's prior order.

An appropriate order of dismissal shall accompany this order and memorandum.

Dated this <u>7th</u> day of December, 2005.

_____
**UNITED STATES DISTRICT JUDGE**
