**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND CLAY HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-774(CAS) |
| | ) | |
| DEPARTMENT OF JUSTICE SERVICES, | ) | |
| CASE MANAGER 6TH FLOOR, | ) | |
| FINANCIAL MANAGEMENT, | ) | |
| UNKNOWN OFFICER GILLEN, | ) | |
| UNKNOWN OFFICER IRRIZARRY, | ) | |
| UNKNOWN OFFICER TANTYPE, | ) | |
| UNKNOWN OFFICER ROBINSON, | ) | |
| UNKNOWN NURSE MARY, | ) | |
| MARY "MAY" STERN, | ) | |
| UNKNOWN SZUBA, | ) | |
| DANE ALLRED, | ) | |
| UNKNOWN OFFICER COLEMAN, | ) | |
| CASE MANAGER 4TH FLOOR BLACK MAN, | ) | |
| LIEUTENANT 4TH FLOOR BLACK WOMAN, | ) | |
| UNKNOWN LIEUTENANT COLLINS, | ) | |
| UNKNOWN ACCOUNT ACTIVITY OFFICER, | ) | |
| UNKNOWN LIEUTENANT GRIMES, | ) | |
| UNKNOWN LIEUTENANT BRACY, | ) | |
| UNKNOWN LIEUTENANT ON DUTY, | ) | |
| UNKNOWN OFFICER LEWIS, | ) | |
| UNKNOWN LIEUTENANT KELLY, | ) | |
| UNKNOWN OFFICER WHITE, | ) | |
| CASE MANAGER STONE, and | ) | |
| "1ST SHIFT STAFF OF 6TH FLOOR, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's remaining claims against defendants Unknown Nurse Mary, Unknown Officer Coleman, "Case manager 4th floor Black man," "Lieutenant 4th floor Black woman," and Unknown Account Activity Officer are **DISMISSED**,

without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 41(b).

Dated this <u>7th</u> day of December, 2005.

_____
**UNITED STATES DISTRICT JUDGE**